IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Krista Saldana, individually and as representative of the estate of David Saldana and as next friend of Jagger Saldana,, <br><br> Plaintiff, <br><br> v. <br><br> ITT Industries, Inc., et. al, <br><br> Defendant. | § § § § § § § § § § § § § CIVIL ACTION NO. B-02-218 |

### FINAL JUDGMENT

The Court entered an order on November 15, 2002, which severed all proceedings against Defendant ITT Industries, Inc. The Clerk of the Court has assigned the above Civil Action Number. Pursuant to Federal Rule of Civil Procedure 54(b), the Court hereby determines there is no just reason for delay and enters final judgment terminating all claims against Defendant ITT Industries, Inc. in the above captioned civil action.

DONE at Brownsville, Texas, this 15th day of November, 2002.

Hilda G. Tagle
United States District Judge